UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P.,  :
THOMAS H. LEE PARALLEL FUND V, L.P.,  :
and THOMAS H. LEE EQUITY (CAYMAN)  :     05 Civ. 9608 (JSR)
FUND V, L.P.,  :
                                    :
            Plaintiffs,             :
      v.                            :
                                    :
PHILLIP R. BENNETT, TONE GRANT,     :
SANTO C. MAGGIO, REFCO GROUP        :
HOLDINGS, INC., and JOHN DOES 1-10, :
                                    :
            Defendants.             :
---------------------------------------------------------------x

## SPECIAL MASTER [~~PROPOSED~~] ORDER FOR STAY

It is hereby ORDERED that discovery and all other proceedings in this matter are stayed until further order of the Court.

Dated: Newark, NJ ~~New York, New York~~
       May 5, 2011

SO ORDERED:

_/s/ Ronald Hedges_
HON. RONALD HEDGES
Special Master