UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE REFCO SECURITIES LITIGATION

07 MDL 1902 (JSR)
(Applies To All Cases)

CASE MANAGEMENT ORDER #97

------------------------------------- x

JED S. RAKOFF, U.S.D.J.

Pursuant to Case Management Order #96, the time for objections to Special Master Capra's bill for services rendered in April 2013 has elapsed. Since the Court did not receive any objection to the bill, the Court hereby directs the Case Accountant to pay the bill forthwith.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 13, 2013