UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :   07 MDL 1902 (JSR)
                                      :   (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :   CASE MANAGEMENT ORDER
                                      :          #105
                                      :
                                      :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

Pursuant to Case Management Order #104, the time for objections to the Special Master's bill for services rendered in August 2013 has elapsed. Since the Court did not receive any objection to the bill, the Court hereby directs the Case Accountant to pay the bill forthwith.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 16, 2013

**Professor Daniel J. Capra**
**Special Master**

Fordham Law School
140 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

September 3, 2013

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---|
| August 3 ---- Krys v. Aaron Summary Judgment R and R | 2.0 |
| August 4 --- Krys v. Aaron Summary Judgment R and R | 2.0 |
| August 5 — Krys v. Aaron, Summary Judgment R and R | 6.1 |
| August 6 — Krys v. Aaron, Summary Judgment R and R | 6.1 |
| August 7 — Krys v. Aaron, Summary Judgment R and R | 5.8 |

Total Hours                                                                                      22.0

      **Hours @ $500/hr.**

           **Total Bill ------**                                                          $11,000.00